

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00039-CR

EX PARTE JASON LEE VAN DYKE

§     On Appeal from

§     County Criminal Court No. 5

§     of Denton County (CR-2018-07544-E-WHC-1)

§     October 15, 2020

§      Per Curiam Memorandum Opinion

§     (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellant Jason Lee Van Dyke must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM